UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Merven Tooy,

        Petitioner

v.

United States of America, et al.,

        Respondents

Case No. 2:25-cv-02286-CDS-BNW

**Service Order**

[ECF Nos. 1, 1-1, 1-2]

        Petitioner Merven Tooy, an immigration detainee, has filed a pro se petition for federal habeas corpus relief under 28 U.S.C. § 2241, an application to proceed *in forma pauperis* ("IFP"), and a motion for the appointment of counsel. ECF Nos. 1, 1-1, 1-2. I first find that good cause exists to grant the IFP application. I also find that the appointment of counsel is in the interests of justice, given, among other things, the complexities of this case.[1] And, following a preliminary review of the petition, I direct that it be served on Respondents.

        It is therefore ordered that the IFP application **[ECF No. 1] is granted**.

        It is further ordered that the motion for appointment of counsel **[ECF No. 1-2] is granted**. The Federal Public Defender for the District of Nevada is appointed to represent Petitioner Merven Tooy and is directed to file a notice of appearance (or indicate its inability to represent Tooy) within 7 days of the date of this Order. If the Federal Public Defender is unable to represent Tooy, because of a conflict of interest or for any other reason, alternate counsel will be appointed. Appointed counsel will represent Tooy in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

---

[1] Prisoners applying for habeas corpus relief are entitled to appointed counsel when the circumstances indicate that appointed counsel is necessary to prevent due process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)). Indeed, the Court may appoint counsel at any stage of the proceedings if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196.

It is further kindly ordered that the Clerk of Court:

1. **FILE** the petition (ECF No. 1-1).
2. **DELIVER** a copy of the petition (ECF No. 1-1) and this order to the U.S. Marshal for service.
3. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.
4. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1-1) and this order to the United States Attorney for the District of Nevada, at Sigal.Chattah@usdoj.gov, Summer.Johnson@usdoj.gov, Veronica.Criste@usdoj.gov, caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).
5. **MAIL** a copy of the petition (ECF No. 1-1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:
   a) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528
   b) Pam Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530
   c) Kerri Ann Quihuis, 501 South Las Vegas Blvd., Suite 1000, Las Vegas, NV 89101
   d) Michael Bernacke, Salt Lake City ICE Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096
   e) Patrick Lechleitner, ICE Deputy Director, 500 12th Street SW, Washington, DC 20536
   f) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

It is further ordered that the U.S. Marshal **SERVE** a copy of the petition (ECF No. 1-1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further ordered that counsel for the respondents file a notice of appearance by December 1, 2025, and file and serve their response to the petition by December 9, 2025.

It is further ordered that Tooy has 7 days following the filing of the response to the petition to file a reply, if desired.

Dated: November 25, 2025

_____
Cristina D. Silva
United States District Judge