UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Merven Tooy, | Case No. 2:25-cv-02286-CDS-BNW |
| Petitioner | Order Granting Petitioner's Motion for Leave to File a Surreply |
| v. | |
| United States of America, et al., | [ECF No. 24] |
| Respondents | |

   Merven Tooy brings this habeas corpus action under 28 U.S.C. § 2241. The respondents filed their response to Tooy's petition (ECF No. 17), to which Tooy replied (ECF No. 21). Tooy now seeks leave to file a surreply to incorporate information and factual details he did not have at the time he filed his reply. Mot., ECF No. 24.

   Although motions for leave to file a surreply are generally discouraged,[1] having reviewed Tooy's proposed surreply, I find that it is warranted here. Accordingly, Tooy's motion for leave **[ECF No. 24] is granted**.

   Dated: January 7, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] *See* Local Rule LR 7-2(b) ("Surreplies are not permitted without leave of court; motions for leave to file a surreply are discouraged.").