UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Merven Tooy,

    Petitioner

v.

United States of America, et al.,

    Respondents

Case No. 2:25-cv-02286-CDS-BNW

Order Setting Briefing Schedule on Respondents' Emergency Motion for Reconsideration and to Stay

[ECF No. 28]

    On January 8, 2026, the court held a hearing on Merven Tooy's petition for writ of habeas corpus. ECF No. 4. At the conclusion of the hearing, I granted the petition in part, finding that the petitioner's due process rights have been violated, and that removal was not reasonably foreseeable. After the hearing, the respondents filed an emergency motion requesting reconsideration and a stay of the court's release order. Mot., ECF No. 28. Upon consideration, and after receiving representations made by the respondents that there is now an itinerary to remove the petitioner, ECF No. 28-1, a temporary stay is granted until Tuesday, January 13, 2026, or until further order of the court. The petitioner is ordered to file a response by Monday, January 12, 2026. Further, the respondents are ordered to provide the court with an unredacted version of the itinerary for in camera review by 3:00 pm on Friday, January 9, 2026. A written order to follow.

    Dated: January 9, 2026

                                                  Cristina D. Silva
                                                  United States District Judge